UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PRISCILLA GONZALEZ, *et al*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 2:15-CV-00168 |
| MIDLAND CREDIT MANAGEMENT, INC., | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal With Prejudice (D.E. 14), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 25th day of August, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE